*ville Chester Garrison, pro se.* No appearance for respondent.

No. 298. FOUCHAUX *v.* BOARD OF COMMISSIONERS OF THE PORT OF NEW ORLEANS. October 9, 1939. Petition for writ of certiorari to the Supreme Court of Louisiana, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. F. Carter Johnson, Jr.* for petitioner. No appearance for respondent.

No. 303. MEYERS ET AL. *v.* CALIFORNIA. October 9, 1939. Petition for writ of certiorari to the District Court of Appeal, 3d Appellate District, of California, and motion for leave to proceed further *in forma pauperis,* denied. *Marian Meyers* and *Harold Laccombe, pro se.* No appearance for respondent.

No. 305. YON *v.* FLORIDA. October 9, 1939. Petition for writ of certiorari to the Supreme Court of Florida, and motion for leave to proceed further *in forma pauperis,* denied. *Earl Yon, pro se.* No appearance for respondent.

No. 336. HICKS *v.* NATIONAL LABOR RELATIONS BOARD ET AL. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Alexander H. Sands* for petitioner. No appearance for respondents.